■ In the Matter of RAYMOND A. YOX, an Attorney, Resignor. [849 NYS2d 812]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Martoche, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Jan. 22, 2008.)

■ In the Matter of CHRISTOPHER P. VAETH, an Attorney, Resignor. [849 NYS2d 813]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Martoche, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Jan. 25, 2008.)

■ In the Matter of ELLEN B. MITCHELL, an Attorney, Resignor. [849 NYS2d 813]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Martoche, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Jan. 25, 2008.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EVANS SUMMERS, Appellant. (Appeal No. 1.) [849 NYS2d 870]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Centra and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL R. TOPOLSKI, Appellant. [849 NYS2d 871]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIKE FELIX, Appellant. [849 NYS2d 870]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLEOTIS MERCER, Appellant. [849 NYS2d 870]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Centra and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMEON RENFRO, Appellant. [849 NYS2d 870]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Martoche, Centra, Fahey and Green, JJ. .